# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 4:23-CV-00273-WMR

**Plaintiff: Polyventive LLC**
vs.
**Defendant: John E Bryant, Mayo Products Inc**

For: Scott Ratchick
Chamberlain Hrdlicka White Williams & Aughtry

Received by Ancillary Legal Corporation on the 8th day of August, 2024 at 11:13 am to be served on **ACP-Polyventive LLC c/o Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808** I, __John Garber__, being duly sworn, depose and say that on the __8th__ day of __August__, 20__24__ at __1__ :__05__ p.m., executed service by delivering a true copy of the **Cover Letter, Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action, Exhibits, Complaint, Answer, Protective Order, Acknowledgement of Protective Order** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving __Lynanne Gares__ as __Litigation Management__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age __45__ SEX M (F) Race __Caucasian__ Height __5'5__ Weight __150lbs__ Hair __Brown__ Glasses Y N

**COMMENTS:** _____

Age ____ Sex M F Race ____ Height ____ Weight ____ Hair ____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __8__ day of __August__, __2024__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2024011268
Ref: Polyventive

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a