## AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-4702-MLB | Court:<br>United States District Court for the Northern District of Georgia | County: | Job:<br>11182631 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Polyventive, LLC | | Defendant / Respondent:<br>John E. Bryant and Mayo Products, Inc. | |
| Received by:<br>Justice Incorporated | | For:<br>VERITEXT | |
| To be served upon:<br>Chem-Pak, Inc., c/o Registered Agent, Randolph P. Duane | | | |

I, Cheryl Anderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Chem-Pak, Inc., c/o Registered Agent, Randolph P. Duane, Home: 512 Hidden Valley Lane, Winchester, VA 22603
**Manner of Service:** Personal/Individual, Jun 5, 2024, 7:56 pm EDT
**Documents:** Letter dated June 5, 2024 from J. Scott Humphrey, Subpoena And Preservation Notice - Duty To Preserve Documents And Electronically Stored Data, Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action, Subpoena Rider To Chem-Pak, Stipulated Protective Order, Acknowledgement Of Protective Order, Plaintiff's Verified Complaint For Injunctive Relief And Damages, (Received Jun 5, 2024 at 4:15pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 5, 2024, 7:56 pm EDT at Home: 512 Hidden Valley Lane, Winchester, VA 22603 received by Chem-Pak, Inc., c/o Registered Agent, Randolph P. Duane. Age: 59; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'10"; Hair: Gray; Eyes: Gray; The person designated by the corporation as it's Registered Agent

_Cheryl Anderson_   June 6, 2024
Cheryl Anderson       Date

VERITEXT
1100 Superior Avenue, #1820
Cleveland, OH 44114

Subscribed and sworn to before me by the affiant who is personally known to me.

_Mark D. Anderson_
Notary Public
06-06-2024          09-30-2027
Date          Commission Expires

Mark D. Anderson
Commonwealth of Virginia
Notary Public
Commission No. 138674
My Commission Expires 9/30/2027